UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF TENNESSEE AND THE STATE OF GEORGIA ex rel. JANET CHAMBERS, ) ) ) ) Plaintiffs/Relator, ) ) v. ) ) ) SKIN CANCER AND COSMETIC ) DERMATOLOGY CENTER, PC, et al. ) ) Defendants. ) ) | Civil Action No. 1:20-cv-177 Collier/Lee  **[FILED UNDER SEAL]** |

**ORDER**

This matter is before the Court upon the United States of America's Sealed Application for Partial Lifting of the Seal. The United States seeks an order authorizing a partial lifting of the seal in this case for the limited purpose of disclosing the existence of this matter to: 1) defendants and their counsel, or any of them; 2) any relator and their counsel who have filed, or who subsequently file, a *qui tam* case pursuant to the False Claims Act, 31 U.S. C. § § 3729-33, containing overlapping allegations against any of the defendants named in this action; 3) any court in which such *qui tam* case is filed; and 4) any state which may be named as a plaintiff in such *qui tam* case or which has an interest in investigating the allegations of this case or any other matter involving allegations similar to the ones in this case.

In support of its application, the United States submits that a partial lifting of the seal will facilitate the investigation and possible resolution of the allegations as to all defendants. The United States informs the Court that counsel for the relators do not object to a partial lifting of the seal.

For good cause shown, it is hereby **ORDERED** that this civil action, the complaint, or any amended complaint filed by relator may, at the discretion of the United States, be disclosed and/or furnished to: 1) any defendant and their counsel; 2) any relator and their counsel who have filed, or who subsequently file a *qui tam* case pursuant to the False Claims Act, 31 U.S.C. § § 3729-33, based in whole or in part upon allegations that are substantially similar to those asserted in this case; 3) any court in which such *qui tam* case is filed; and 4) any state which may be named as a plaintiff in such *qui tam* case or which has an interest in investigating the allegations of this case or any other matter involving allegations similar to the ones in this case. In order to protect the identity of the Relator during the course of the Government's ongoing investigation, the Government may, at its discretion, redact from the Complaint and any amended complaints subsequently filed, the Relator's name and any other references to the Relator that may disclose her identity.

It is **FURTHER ORDERED** that other than this limited disclosure, the complaint and all other pleadings filed in this action shall remain under seal for a period of time not longer than six months without further order of the Court.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE